C. A. No. 77-85. STATE *v.* VINCENT CALCIGNI. The defendant's motion to supplement the record by adding to it the

affidavit of Peggy B. Calcagni is granted. Bevilacqua, C. J., not participating. *Julius C. Michaelson*, Attorney General, *Nancy Marks Rahmes*, Special Asst. Attorney General, for plaintiff. *William F. Reilly*, Public Defender, *Barbara Hurst, John A. MacFadyen III*, Asst. Public Defenders, for defendant.

